# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*<br><br>*Defendants*. | Case No. 22-cv-3350-TSC |

## CONSENT MOTION FOR EXTENSION OF TIME

Defendants respectfully move for an extension of time to file their answer or motion to dismiss from January 6, 2023, to February 3, 2023, pursuant to Fed. R. Civ. P. 6(b)(1)(A). Defendants seek this four-week extension to allow sufficient time to prepare declarations attesting to the status of each Defendant's efforts regarding the records referenced in the Complaint.

Neither party has previously sought an extension of any deadline.  Counsel for Plaintiff has indicated the Plaintiff consents to this motion.


Dated: December 21, 2022                              Respectfully submitted,


                                                      BRIAN M. BOYNTON
                                                      Principal Deputy Assistant Attorney General

                                                      ELIZABETH J. SHAPIRO
                                                      Deputy Director, Federal Programs Branch

/s/ Cormac A. Early
CORMAC A. EARLY
D.C. Bar. No. 1033835
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 616-7420
cormac.a.early@usdoj.gov

*Counsel for Defendant*