UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>    *Plaintiff*,<br><br>    v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*<br><br>    *Defendants*. | Case No. 22-cv-3350-TSC |

**CONSENT MOTION FOR EXTENSION OF TIME**

Defendants respectfully moves for a further extension of time to file their motion to dismiss, and to set a schedule for briefing on that motion, pursuant to Fed. R. Civ. P. 6(b)(1)(A). Defendants seek this additional extension to allow sufficient time to prepare declarations attesting to the status of each Defendant's efforts regarding the records referenced in the Complaint.

Defendants respectfully request that the Court enter the following briefing schedule:

- Defendants to file their motion to dismiss on or before February 23, 2023
- Plaintiff to file its opposition on or before March 16, 2023
- Defendants to file their reply on or before April 6, 2023

The Court previously granted Defendants an extension from January 6, 2023, to February 3, 2023, by Minute Order dated December 27, 2022.  Counsel for Plaintiff has indicated the Plaintiff consents to this motion.

| | |
|---|---|
| Dated: January 24, 2023 | Respectfully submitted,<br><br>BRIAN NETTER<br>Deputy Assistant Attorney General<br><br>ELIZABETH J. SHAPIRO<br>Deputy Director, Federal Programs Branch<br><br>*/s/ Cormac A. Early*<br>CORMAC A. EARLY<br>D.C. Bar. No. 1033835<br>Trial Attorney, U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, N.W.<br>Washington, D.C. 20005<br>Tel.: (202) 616-7420<br>cormac.a.early@usdoj.gov<br><br>*Counsel for Defendant* |