UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>        Plaintiff,<br><br>       v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>        Defendants. | Civil Action No. 22-cv-3350 (TSC) |

**ORDER**

Upon consideration of the parties' November 11, 2024, Joint Status Report, it is hereby

**ORDERED** that the parties shall adhere to the following deadlines:

1. Defendants shall file an Answer to Plaintiff's Complaint by January 13, 2025.

2. All discovery requests shall be served by January 27, 2025.

3. All depositions shall be completed by March 13, 2025.

4. Initial discovery shall be completed by March 13, 2025.

It is further **ORDERED** that:

1. The scope of discovery is limited to information relevant to Count II of the Complaint—namely, information relevant to whether former Department of Homeland Security official Ken Cuccinelli copied or forwarded to an official government account federal records generated on his personal device; the date on which Defendants DHS and National Archives and Records Administration ("NARA") became aware of the potential or actual alienation of federal records in Mr. Cuccinelli's custody; and what efforts, if any, DHS and NARA have taken to recover, retrieve, restore, salvage, or reconstruct any such alienated federal records from Mr. Cuccinelli.

2. Written discovery shall consist of no more than:
   - 10 interrogatories
   - 10 requests for production
   - 15 requests for admission

3.  The parties will meet and confer and file a joint status report within 10 days following the completion of initial discovery. The report will outline the parties' positions on whether additional discovery is required or, alternatively, shall propose a schedule for summary judgment briefing.

4.  **DISCOVERY DISPUTES:**

    Counsel shall confer in good faith in an effort to resolve any discovery dispute. If counsel are unable to resolve the dispute, they must first **JOINTLY** submit, via email to chambers, a clear, concise description of the issues in dispute, each party's position on the disputed issues, and the parties' joint availability for an on-the-record telephone conference. The court will then respond as soon as practicable to schedule a telephone conference and provide the parties with call-in information.

    **Counsel shall not file any discovery-related motion without a prior telephone conference with the Court and opposing counsel.**

    Counsel are hereby notified that a party who does not prevail in a discovery dispute may be ordered to pay the costs involved, including reasonable attorney's fees.

5.  **REQUEST FOR APPOINTMENT OF MEDIATOR:**

    If at any point the parties desire to engage in mediation, with a Magistrate Judge or through the Mediation Program of the Circuit Executive's Office, the parties shall file a joint motion captioned "Joint Motion for Mediation."

Date: December 13, 2024

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge